United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br> - vs - <br><br> BOMBSHELLS, LLC, *et al.*, <br><br> Defendants. | CASE NO.: 4:23-cv-00039 |

## ORDER OF DISMISSAL

The Court is in receipt of the Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) whereby the parties stipulate to dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

The Clerk will close this case.

IT IS SO ORDERED.

SIGNED this the ___21st___ day of _____August_____, 2023.

_Drew B Tipton_
DREW B. TIPTON
UNITED STATES DISTRICT JUDGE